IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** O'Bryant, Victoria A

Printed: 6/10/08

Case Number: 07 B 16680
Judge: Wedoff, Eugene R
Filed: 9/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 24, 2008
Confirmed: November 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 500.00 |  |
| Secured: |  | 100.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 373.00 |
| Trustee Fee: |  | 27.00 |
| Other Funds: |  | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,443.00 | 373.00 |
| 2. | Lighthouse Financial Group | Secured | 4,856.12 | 100.00 |
| 3. | Internal Revenue Service | Priority | 571.61 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 1.39 | 0.00 |
| 5. | CitiFinancial | Unsecured | 891.47 | 0.00 |
| 6. | Lighthouse Financial Group | Unsecured | 0.06 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 110.88 | 0.00 |
| 8. | Custom Collection | Unsecured | 20.10 | 0.00 |
| 9. | CB Accounts | Unsecured | 13.17 | 0.00 |
| 10. | Indy Orthopedics | Unsecured | 44.54 | 0.00 |
| 11. | Beta Finance Co | Unsecured | 322.04 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 106.56 | 0.00 |
| 13. | Omni Credit Service | Unsecured | 32.87 | 0.00 |
| 14. | Credit Acceptance Corp | Unsecured | 220.51 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 16. | Bud's Ambulance | Unsecured |  | No Claim Filed |
| 17. | CCA | Unsecured |  | No Claim Filed |
| 18. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 19. | CBCS | Unsecured |  | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 23. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 24. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 25. | Harris & Harris | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: O'Bryant, Victoria A | Case Number: 07 B 16680 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 9/13/07 |

| | | | | |
|---|---|---|---|---|
| 26. | First Premier | Unsecured | | No Claim Filed |
| 27. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 28. | Harris & Harris | Unsecured | | No Claim Filed |
| 29. | MRSI | Unsecured | | No Claim Filed |
| 30. | IC System Inc | Unsecured | | No Claim Filed |
| 31. | Harris & Harris | Unsecured | | No Claim Filed |
| 32. | KOMYATTASSOC | Unsecured | | No Claim Filed |
| 33. | National Quick Cash | Unsecured | | No Claim Filed |
| 34. | Omni Credit Service | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | First Performance Recr Corp | Unsecured | | No Claim Filed |
| 37. | Zenith Acquisition | Unsecured | | No Claim Filed |

$ 10,634.32     $ 473.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 27.00 |

$ 27.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

